1 Laura Sixkiller (SBN 022014)
laura.sixkiller@dlapiper.com
2 Kate L. Benveniste (SBN 027284)
kate.benveniste@dlapiper.com
3 **DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
4 Phoenix, Arizona 85016
Telephone: (480) 606-5100
5 Facsimile: (480) 606-5101
dlaphx@dlapiper.com

*Attorneys for Defendant*
*MUFG Americas Holdings Corporation*
*d/b/a MUFG Union Bank, NA*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Loomis,<br><br>  Plaintiff,<br><br>  v.<br><br>MUFG Americas Holdings Corporation *d/b/a* MUFG Union Bank, NA,<br><br>  Defendant. | Case No.  CV-18-02575-PHX-JAT<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Jennifer Loomis and Defendant MUFG Americas Holdings Corporation d/b/a MUFG Union Bank, N.A. hereby notify the Court that the parties have reached an agreement to settle this action and anticipate filing a stipulated motion for dismissal with prejudice within 45 days of today's date.

Dated: January 14, 2019.

By: *s/ David Chami (w/permission)*
    David Chami, Esq., SBN 027585
    david@pricelawgroup.com
    **PRICE LAW GROUP, APC**
    8245 North 85th Way
    Scottsdale, Arizona 85258
    Telephone: (818) 600-5515

    *Attorney for Plaintiff*
    *Jennifer Loomis*

By: *s/ Kate L. Benveniste*
    Kate L. Benveniste, SBN 027284
    kate.benveniste@dlapiper.com
    **DLA PIPER LLP (US)**
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    Telephone: (480) 606-5100

    *Attorneys for Defendant*
    *MUFG Americas Holdings Corporation*
    *d/b/a MUFG Union Bank, NA*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Chami, Esq.
Price Law Group, APC
8245 North 85th Way
Scottsdale, Arizona 85258
Telephone: (818) 600-5515
Facsimile:  (866) 401-1457
david@pricelawgroup.com

*Attorneys for Plaintiff*
*Jennifer Loomis*


By: *s/ Tammy Lockard*