Laura Sixkiller (SBN 022014)
laura.sixkiller@dlapiper.com
Kate L. Benveniste (SBN 027284)
kate.benveniste@dlapiper.com
**DLA PIPER LLP (US)**
2525 East Camelback Road, Suite 1000
Phoenix, Arizona  85016
Telephone:  (480) 606-5100
Facsimile:  (480) 606-5101
dlaphx@dlapiper.com

*Attorneys for Defendant*
*MUFG Americas Holdings Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jennifer Loomis,<br><br>    Plaintiff,<br><br>    v.<br><br>MUFG Americas Holdings Corporation *d/b/a* MUFG Union Bank, NA,<br><br>    Defendant. | Case No.  CV-18-02575-PHX-JAT<br><br>**JOINT STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jennifer Loomis and Defendant MUFG Americas Holdings Corporation (erroneously identified as *d/b/a* MUFG Union Bank, NA) stipulate to dismiss all claims in this matter with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: March 14, 2019.

| **PRICE LAW GROUP, APC** | **DLA PIPER LLP (US)** |
|---|---|
| By: *s/ David Chami (w/permission)*<br>    David Chami, Esq.<br>    david@pricelawgroup.com<br><br>*Attorney for Plaintiff*<br>*Jennifer Loomis* | By: *s/ Kate L. Benveniste*<br>    Kate L. Benveniste, Esq.<br>    kate.benveniste@dlapiper.com<br><br>*Attorney for Defendant*<br>*MUFG Americas Holdings Corporation* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David Chami, Esq.
Price Law Group, APC
8245 North 85th Way
Scottsdale, Arizona 85258
Telephone: (818) 600-5515
Facsimile:  (866) 401-1457
david@pricelawgroup.com

*Attorneys for Plaintiff*
*Jennifer Loomis*

By: *s/ Tammy Lockard*

-2-